

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADONAI EL-SHADDAI-WILKERSON,

Petitioner,

v.

JOHN SOTO, Warden,

Respondent.

Case No. CV 15-6584 GHK(JC)

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") and accompanying documents, the submissions in connection with the Motion to Dismiss the Petition ("Motion to Dismiss"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge with the following modifications and overrules the Objections:

1. The sentence beginning on line 2 of page 6 of the Report and Recommendation is modified to read as follows: "Accordingly, the punishment that resulted from the allegedly unconstitutional disciplinary proceeding at issue has no bearing upon the fact or duration of petitioner's confinement because his term of life in prison was not extended and his minimum term of imprisonment could not have been shortened by the lost time credits."

2. The word "effect" on line 21 of page 6 of the Report and Recommendation is changed to the word "affect."

3. The parenthetical beginning on line 1 of page 7 of the Report and Recommendation is modified to read as follows: "(petitioner's claims seeking expungement of disciplinary conviction and restoration of time credit not cognizable on federal habeas review; punishment that resulted from allegedly unconstitutional disciplinary proceedings had no bearing on fact or duration of petitioner's confinement because petitioner was serving indeterminate life sentence, minimum eligible parole date had passed, and therefore, term of life in prison was not extended, and minimum term of imprisonment could not have been shortened by lost time credits)".

IT IS HEREBY ORDERED that the Motion to Dismiss is granted and the Petition is dismissed. The Court declines to convert this action into a federal civil rights without prejudice to petitioner filing a separate federal civil rights action.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 9/14/16

HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE