UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ADONAI EL-SHADDAI-WILKERSON, | ) Case No. CV 15-6584 GHK(JC) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JOHN SOTO, Warden, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed.

DATED: _9/14/16

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE